# Court of Appeals
# of the State of Georgia

ATLANTA,___May 05, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1555.  CRAIG L. JONES v. STATE OF GEORGIA.**

On November 5, 2013, the trial court denied Craig L. Jones's petition for writ of mandamus, and Jones filed this appeal.  The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006).  Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_05/05/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*